## IN THE UNITED STATE BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | Angel Luis Cales-Ramirez ) <br> Debtor ) <br> ) <br> ) | Chapter 13 <br><br> No. 19-12323-JKF |

### CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.


                                              /s/David M. Offen
                                              David M. Offen
                                              **Attorney for Debtor**

**Date:7/10/19**