Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 19-12323-AMC

ANGEL LUIS CALES-RAMIREZ  
3226 A STREET  
PHILADELPHIA  PA    19134

Petition Filed Date: 04/11/2019  
341 Hearing Date: 05/17/2019  
Confirmation Date: 10/16/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/07/2019 | $250.00 | 17932934066 | 06/17/2019 | $250.00 | 17928297551 | 07/22/2019 | $250.00 | 1660312935 |
| 08/20/2019 | $250.00 | 26009943748 | 09/10/2019 | $250.00 | 26085351407 | 10/16/2019 | $250.00 | 26230467475 |
| 11/18/2019 | $250.00 | 129964176 | 12/17/2019 | $250.00 | 26230492563 | 01/22/2020 | $250.00 | 26425135675 |
| 02/19/2020 | $250.00 | 19070296545 | 03/12/2020 | $250.00 | 1660318488 | 04/20/2020 | $250.00 | |
| 05/18/2020 | $250.00 | | 06/18/2020 | $250.00 | | 07/20/2020 | $250.00 | |

**Total Receipts for the Period: $3,750.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,750.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $8,808.98 | $44.40 | $8,764.58 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $3,418.01 | $17.23 | $3,400.78 |
| 3 | TD RETAIL CREDIT SERVICES<br>»» 003 | Unsecured Creditors | $2,106.75 | $0.00 | $2,106.75 |
| 4 | AMERICAN EXPRESS NATIONAL BANK<br>»» 004 | Unsecured Creditors | $1,260.25 | $0.00 | $1,260.25 |
| 5 | WELLS FARGO DEALER SERVICES<br>»» 005 | Unsecured Creditors | $10,515.36 | $53.00 | $10,462.36 |
| 6 | BANK OF AMERICA NA<br>»» 006 | Unsecured Creditors | $1,420.02 | $0.00 | $1,420.02 |
| 7 | PA HOUSING FINANCE AGENCY<br>»» 007 | Mortgage Arrears | $390.66 | $390.66 | $0.00 |
| 8 | SYNCHRONY BANK<br>»» 008 | Unsecured Creditors | $2,383.95 | $0.00 | $2,383.95 |
| 9 | CITY OF PHILADELPHIA (LD)<br>»» 009 | Secured Creditors | $104.08 | $104.08 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $2,524.00 | $2,524.00 | $0.00 |

**Chapter 13 Case No. 19-12323-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,750.00 | Current Monthly Payment: | $250.00 |
| Paid to Claims: | $3,133.37 | Arrearages: | $250.00 |
| Paid to Trustee: | $355.50 | Total Plan Base: | $9,000.00 |
| Funds on Hand: | $261.13 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.