| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-12323-AMC**

ANGEL LUIS CALES-RAMIREZ
3226 A STREET
PHILADELPHIA  PA    19134

Petition Filed Date: 04/11/2019
341 Hearing Date: 05/17/2019
Confirmation Date: 10/16/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2020 | $250.00 | 26425135675 | 02/19/2020 | $250.00 | 19070296545 | 03/12/2020 | $250.00 | 1660318488 |
| 04/20/2020 | $250.00 | | 05/18/2020 | $250.00 | | 06/18/2020 | $250.00 | |
| 07/20/2020 | $250.00 | | 08/18/2020 | $250.00 | | 09/18/2020 | $250.00 | |
| 10/20/2020 | $250.00 | | 11/20/2020 | $250.00 | | 12/18/2020 | $250.00 | |
| 01/19/2021 | $250.00 | | 02/19/2021 | $250.00 | | 03/18/2021 | $250.00 | |
| 04/20/2021 | $250.00 | | 05/18/2021 | $250.00 | | | | |

**Total Receipts for the Period: $4,250.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $6,250.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $8,808.98 | $788.69 | $8,020.29 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $3,418.01 | $306.05 | $3,111.96 |
| 3 | TD RETAIL CREDIT SERVICES<br>»» 003 | Unsecured Creditors | $2,106.75 | $188.62 | $1,918.13 |
| 4 | AMERICAN EXPRESS NATIONAL BANK<br>»» 004 | Unsecured Creditors | $1,260.25 | $103.36 | $1,156.89 |
| 5 | WELLS FARGO DEALER SERVICES<br>»» 005 | Unsecured Creditors | $10,515.36 | $941.48 | $9,573.88 |
| 6 | BANK OF AMERICA NA<br>»» 006 | Unsecured Creditors | $1,420.02 | $116.47 | $1,303.55 |
| 7 | PA HOUSING FINANCE AGENCY<br>»» 007 | Mortgage Arrears | $390.66 | $390.66 | $0.00 |
| 8 | SYNCHRONY BANK<br>»» 008 | Unsecured Creditors | $2,383.95 | $213.44 | $2,170.51 |
| 9 | CITY OF PHILADELPHIA (LD)<br>»» 009 | Secured Creditors | $104.08 | $104.08 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $2,524.00 | $2,524.00 | $0.00 |

**Chapter 13 Case No. 19-12323-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,250.00 | Current Monthly Payment: | $250.00 |
| Paid to Claims: | $5,676.85 | Arrearages: | $0.00 |
| Paid to Trustee: | $552.99 | Total Plan Base: | $9,000.00 |
| Funds on Hand: | $20.16 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.